

The following constitutes the order of the court.
Signed December 28, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Oakland Port Service Corp.

Debtor.

No. 15-43423

Chapter 11

**MEMORANDUM RE EX PARTE APPLICATION OF JUDGMENT CREDITORS FOR AN ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS BY THIRD PARTY WILLIAM ABOUDI TO BANKRUPTCY RULE 2004**

A hearing on the *Ex Parte Application of Judgment Creditors for an Order Authorizing Examination and Production of Documents by Third Party William Aboudi to Bankruptcy Rule 2004* (*Application*) was held on December 28, 2015. Michael D. Bursteain of Weinberg, Roger & Rosenfeld appeared on behalf of the judgment creditors. No other appearances were made.

The court raised some concern about the scope of the requests made in the *Application* and the status of the case

1

going forward.  However, with no appearances made on behalf of Debtor or Mr. Aboudi in opposition to the *Application*, the court granted the *Application* as requested by judgment creditors.

\*\*End of Memorandum\*\*

**COURT SERVICE LIST**

Chris D. Kuhner
Kornfield, Nyberg, Bendes and Kuhner
1970 Broadway #225
Oakland, CA 94612

Oakland Port Service Corporation
2240 Wake Ave
Oakland, CA 94607

William Aboudi
Oakland Port Services Corp. dba AB Truck
President
2240 Wake Avenue
Oakland, CA 94607

Michael D. Burstein
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501